**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **CARDIONAL ANNA VINES CARTER,** | |
| Plaintiff, | **Case No. 2:13-cv-302** |
| v. | **Judge Peter C. Economus** |
| **PAUL EAGLE LOAN, et al.,** | **ORDER** |
| Defendants. | |

This matter is before the Court for consideration of the Report and Recommendation of the Magistrate Judge.  (Dkt. 3.)  The Magistrate Judge recommended that this action be dismissed for failure to state a claim on which relief may be granted.

The Report and Recommendation of the Magistrate Judge specifically advised the parties that failure to object to the Report and Recommendation within fourteen days results in a "waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court."  (Dkt. 3 at 4.)  The time period for filing objections to the Report and Recommendation has expired.  No party has objected to the Report and Recommendation.

The Court reviewed the Report and Recommendation of the Magistrate Judge pursuant to 28 U.S.C. § 636(b).  Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge.  Accordingly, Plaintiff's action is **DISMISSED** for failure to state a claim on which relief may be granted**.**  The Clerk is **DIRECTED** to remove this action from the Court's pending case list.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE